UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERISON ROJAS VILLALOBOS,

    Defendant.

CASE NO. 19-MJ-11733
#20 CR 60 (JFK)

**ORDER FOR ADMISION FOR PRO HAC VICE**

This matter is before the Court on attorney ANDRES FELIPE DAZA's motion to appear Pro Hac Vice in this matter. The motion of ANDRES FELIPE DAZA, ESQ., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

Andres Felipe Daza, Esq.
Counselor Daza, P.A.
1990 SW 27th Ave., 2nd Floor
Miami, FL 33145
E-mail: andresdaza@counselordaza.com
Telephone: (786) 547-9958

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for JERISON ROJAS VILLALOBOS in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the clerk of Court.

1/23/20

John F. Keenan
HONORABLE JUDGE
UNITED STATES DISTRICT COURT JUDGE