```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
            U.S.A.
                                :        #20 Cr 60 (JFK)
              -V-               :

            Villalobos          :

-----------------------------------------------X
```

The conference is adjourned from July 23, 2020 to September 10, 2020 at 11:30 a.m. in Courtroom 20-C. The time between July 23 and September 10, 2020 is excluded.

SO ORDERED.

Dated:   New York, New York
         6-8-20

*[signature: John F. Keenan]*

JOHN F. KEENAN
United States District Judge