UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JERISON ROJAS VILLALOBOS,<br><br>Defendant. | 20-CR-00060 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that sentencing in this matter, presently scheduled for **December 14, 2022** at 11:00 a.m., is ADJOURNED to **March 8, 2023,** at 11:00 a.m. in Courtroom 20B of the Patrick J. Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://www.nysd.uscourts.gov/hon-jennifer-l-rochon) for sentencing-related procedures and practices. Notwithstanding the foregoing, the Government shall serve its sentencing submission on Defendant and email it to Chambers no later than two weeks before sentencing. The Defendant's sentencing submission shall be served on the Government and emailed to Chambers no later than one week before sentencing. The Court has ordered a Presentence Report.

Dated: November 23, 2022
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge