LAW OFFICES
# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701
THE BANK BUILDING
8101 BISCAYNE BLVD.
MIAMI, FLORIDA 33138
www.paulpetruzzi.com

PAUL D. PETRUZZI

BEATRIZ D. VAZQUEZ

TELEPHONE (305) 373 - 6773
TELECOPIER (305) 373 - 3832
e-mail: petruzzi-law@msn.com

February 1, 2023

The Honorable Judge Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, New York 10007

**VIA E-MAIL**

Re:   *United States v. Jerison Rojas Villalobos*,
      Case No. 20-Cr-60 (JLR)

Dear Judge Rochon,

The defense submits this letter, with the consent of the Government, to respectfully request that the defense be provided with a 15-day enlargement of time to file objections to the Defendant's Presentence Investigation Report ("PSR"). The PSR was received on January 18, 2023, and PSR objections are due by Wednesday, February 1, 2023. The defense requests a 15-day enlargement of time to file objections to the PSR as there are several objections that need to be made and counsel needs the additional time to have them completed, research guideline objections, and review the objections with Mr. Villalobos. Thank you for your consideration.

Sincerely,

Paul D. Petruzzi, Esq.

The request is GRANTED. Defendant shall object to the Presentence Investigation Report by **February 15, 2023**.

Dated: February 1, 2023
New York, New York

cc    AUSA Samuel Rothschild, Esq. (via e-mail)
      Andres Daza, Esq. (via e-mail)
      Beatriz Vazquez, Esq. (via e-mail)

SO ORDERED

JENNIFER L. ROCHON
United States District Judge