ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA

       - v. -

JERISON ROJAS VILLALOBOS,
       a/k/a "Jerinson Rojas,"
       a/k/a "Jericson Rojas,"

       Defendant.
------------------------------------- x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

S1 20 Cr. 60 (JLR)

WHEREAS, on or about September 1, 2020, JERISON ROJAS VILLALOBOS, (the "Defendant"), was charged in a four-count sealed superseding Information, S1 20 Cr. 60 (JLR) (the "Information"), with conspiracy to commit mail fraud, wire fraud, and bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to commit money laundering in violation of Title 18, United States Code. Section 1956(h) (Count Two); and conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Counts Three and Four);

WHEREAS, the Information included a forfeiture allegation as to Counts One, Three, and Four of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, constituting, or derived from, proceeds the Defendant obtained, directly or indirectly, as a result of the commission of the offenses charged in Counts One, Three, and Four of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to commission of the offenses charged in Counts One, Three, and Four of the Information;

ORIGINAL

WHEREAS, the Information included a second forfeiture allegation as to Count Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count Two of the Information, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Two of the Information;

WHEREAS, on or about September 1, 2020, the Defendant pled guilty to Counts One through Four of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Counts One through Four of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), proceeds traceable to the commission of, and property involved in, the offenses charged in Counts One through Four of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $157,622.48 in United States currency, representing the amount of proceeds traceable to offenses charged in Count One, Three and Four of the Information that the Defendant personally obtained, and the property involved in the offense charged in Count Two of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One, Three, and Four of the Information that the Defendant personally obtained, and the property involved in the offense charged in Count Two of the Information, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States

Attorney Samuel P. Rothschild, of counsel, and the Defendant and his counsel, Paul D. Petruzzi, Esq., that:

1. As a result of the offenses charged in Counts One through Four of the Information, to which the Defendant pled guilty, a money judgment in the amount of $157,622.48 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One, Three and Four of the Information that the Defendant personally obtained, and the property involved in the offense charged in Count Two of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant JERISON ROJAS VILLALOBOS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____    4/19/23
SAMUEL P. ROTHSCHILD              DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2504


JERISON ROJAS VILLALOBOS

By: _____    4-8-23
JERISON ROJAS VILLALOBOS          DATE


By: _____    2/10/23
PAUL D. PERTRUZZI, ESQ.           DATE
Attorney for Defendant
8101 Biscayne Blvd
PH-701
Miami, FL 33138


SO ORDERED:

_____        4/19/2023
HONORABLE JENNIFER L. ROCHON      DATE
UNITED STATES DISTRICT JUDGE