LAW OFFICES

# PAUL D. PETRUZZI, P.A.

PENTHOUSE 701

THE BANK BUILDING

8101 BISCAYNE BLVD.

MIAMI, FLORIDA 33138

www.paulpetruzzi.com

PAUL D. PETRUZZI  　　　　　　　　　　　　　　　　　　　　TELEPHONE (305) 373 - 6773
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TELECOPIER(305) 373 - 3832
BEATRIZ D. VAZQUEZ  　　　　　　　　　　　　　　　　　　　e-mail:petruzzi-law@msn.com

July 12, 2023

The Honorable Judge Jennifer L. Rochon  
United States District Judge  
500 Pearl Street  
New York, New York 10007

> Application GRANTED. Mr. Villalobos shall surrender to the custody of the United States Marshal no later than, **August 18, 2023 at 2:00 PM.**
>
> Dated: July 13, 2023
> New York, New York
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

**FILED VIA CM/ECF**

Re:   *United States v. Jerison Rojas Villalobos*,
　　　Case No. 20-Cr-60 (JLR)

Dear Judge Rochon,

  Mr. Villalobos was sentenced on April 19, 2023, to a term of 48 months imprisonment, followed by 5 years of supervised release. He was ordered to surrender on July 18, 2022.

  The defense submits this letter, with no opposition from the Government, to respectfully request that Mr. Villalobos's surrender be extended for 30 days to August 18, 2022, as Mr. Villalobos is making final preparations to surrender. Additionally, Mr. Villalobos's fiancé and Mr. Villalobos just learned they are expecting a baby. For the reasons mentioned herein, the parties are seeking an extension of Mr. Villalobos's surrender. Thank you for your consideration.

          Sincerely,

          s/ PAUL D. PETRUZZI
         Paul D. Petruzzi, Esq.

cc  AUSA Samuel Rothschild, Esq. (via e-mail)
   Andres Daza, Esq. (via e-mail)
   Beatriz Vazquez, Esq. (via e-mail)