UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>JERISON ROJAS VILLALOBO,<br>      Defendant. | 20-cr-00060 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  This Court having received a letter from Defendant dated September 29, 2023 and having determined that the letter does not appear to seek any relief or intervention from the Court, IT IS HEREBY ORDERED that The Clerk of Court is respectfully directed to file Defendant's letter with redactions made to personally identifying information. Defendant is reminded that he is represented by counsel and should confer with his attorney who represents him.

Dated: October 13, 2023
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge