UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>JERISON ROJAS VILLALOBOS,<br>       Defendant. | Case No. 1:20-cr-00060 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has received Defendant Villalobos's letter, dated November 27, 2023, requesting the appointment of counsel to assist with his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2). ECF No. 63. The Court has also received Defendant Villalobos's follow-up letter, dated December 12, 2023. ECF No. 64. The Court is reviewing and considering the motion and requests therein.

  The Clerk of Court is respectfully directed to send a copy of this Order to Defendant at:

    Fed. Reg. No. 25984-104
    United States Penitentiary
    P.O. Box 1002
    Thomson, IL 61285

SO ORDERED.

Dated: December 21, 2023
    New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge